1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MEAGHAN SAVORY, | Civil No. 3:20-cv-06100-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned

case be REVERSED and REMANDED for further administrative proceedings pursuant to

sentence four of 42 U.S.C. § 405(g). Upon remand from the court, the Appeals Council will

instruct the Administrative Law Judge (ALJ) as follows. The ALJ will offer the claimant the

opportunity for a *de novo* hearing. The ALJ will apply SSR 19-4p, reevaluate Plaintiff's

symptom testimony, and evaluate the lay witness testimony. The ALJ will reevaluate the medical

opinions and prior administrative medical findings. If warranted, the ALJ will obtain medical

expert testimony, preferably from a board certified neurologist, if available. The ALJ will

address any additional evidence submitted and reevaluate whether Plaintiff meets or equals a listing. The ALJ will continue the sequential evaluation process, obtaining vocational expert as warranted, take any further action needed to complete the administrative record, and issue a new decision.

Judgment shall be entered for Plaintiff. Upon proper presentation, the Court will consider whether reasonable attorney fees, costs, and expenses should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d); 28 U.S.C. § 1920.

DATED this 27th day of July, 2021.

MARY ALICE THEILER
United States Magistrate Judge

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3858
Fax:  (206) 615-2531
lisa.goldoftas@ssa.gov